AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Jahan Alom, on behalf of himself and others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>OHM Group LLC, RLH Corp., AMR Development LLC, and Rajendra Patel, jointly and severally,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  18cv1503<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OHM Group LLC; RLH Corp.; Rajendra Patel
Americas Best Value Inn
1705 Linden Blvd., Brooklyn, NY 11212

AMR Development LLC d/b/a Omega Hotel
27 Pennsylvania Ave., Brooklyn, NY 11207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ariadne Panagopoulou, Esq.
Pardalis & Nohavicka LLP
950 Third Avenue 25th Floor
New York NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 3/12/2018

s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*